


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/07

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JOHN H. GRAZIADEI
*Senior Counsel*
Telephone: (212) 442-3551
Facsimile: (212) 788-9776

June 15, 2007

**VIA ECF AND FACSIMILE**
Honorable Gerard E. Lynch
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re: *Proventud v. City of New York, et al.*, 07 CV 3998 (GEL)

Your Honor:

I am an attorney in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants City of New York and District Attorney Robert T. Johnson.[1] I write to respectfully request an enlargement of time until August 6, 2007 to answer or otherwise respond to plaintiff's complaint. Plaintiff's counsel has consented to this request. Defendant has not previously requested an extension of time to respond to the complaint.

In accordance with this office's obligations under Rule 11 of the Federal Rules of Civil Procedure, defendant requires this additional time to investigate the allegations of the complaint. Moreover, upon information and belief, plaintiff has not yet served the individually-named defendants and this extension of time will allow plaintiff an opportunity to do so. Once these defendants are served, the Corporation Counsel's office must determine, pursuant to Section 50-k of the New York General Municipal Law and based upon a review of the facts of the case, whether it may represent the individually-named defendants. The defendants must then decide whether they wish to be represented by the Corporation Counsel. *See Dunton v. County of Suffolk*, 729 F.2d 903 (2d Cir. 1984). If so, this office must obtain their written authorization. Only then may the defendants be interviewed in order to make decisions as to how to proceed in this case.

---

[1] Upon information and belief, individually-named police officer defendants Dolan and Toohey have not been served with process in this case. Without appearing or making any representations on their behalf, it is respectfully requested that, when and if they are served, the same extension be granted to them in order to ensure that their defenses are not jeopardized while representation decisions are being made.

Accordingly, defendants respectfully request that their time to respond to the complaint be enlarged to August 6, 2007. Thank you for your consideration of this request.

Respectfully submitted,

/s/

John H. Graziadei (JG 1333)
Assistant Corporation Counsel

cc: Julia P. Kuan, Esq. (via ECF)

**SO ORDERED**

_____
GERARD E. LYNCH, U.S.D.J.

6/15/07