UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
PROVENTUD,
:
:
                     Plaintiff,    :    07 Civ. 3998 (GEL)
  -v-                                :
:           **ORDER**
CITY OF NEW YORK, et al.,        :
:
                  Defendant.  :
:
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

      The Court is advised that defendants' motion for an extension of time to file an answer (Doc. #2) appears as an open motion on certain internal reports. Defendants' motion was granted on June 18, 2007. (Doc. #3.) Accordingly, the Clerk of the Court is respectfully directed to close the motion (Doc. #2) for all internal statistical purposes.

SO ORDERED.

Dated: New York, New York
       August 2, 2007

                                                 GERARD E. LYNCH
                                           United States District Judge