UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: ROMANO & KUAN PLLC - 1423

MARCOS POVENTUD

Plaintiff(s)

Index #: 07 CV 3998 (LYNCH)

- against -

Date Filed:

CITY OF NEW YORK, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

WILLIAM MORRISON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 30, 2007 at 09:30 AM at

C/O NYPD- 52ND PRECINCT
3016 WEBSTER AVENUE
BRONX, NY 10467

deponent served the within true copy/copies of the SUMMONS & COMPLAINT AND CIVIL COVER SHEET on FRANKIE ROSADO, the defendant/respondent therein named,

**SUITABLE AGE**   by delivering thereat a true copy/copies of each to P.O. DORRITIE a person of suitable age and discretion. Said premises is the defendant's/respondent's actual place of business within the state. He identified himself as the CO-WORKER of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 48 | 5'10 | 230 |

**MAILING**   Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's actual place of business at

C/O NYPD- 52ND PRECINCT
3016 WEBSTER AVENUE
BRONX, NY 10467

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on May 31, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**   Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: May 31, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**WILLIAM MORRISON**
License #: 870436
Docket #: 481327

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: ROMANO & KUAN PLLC - 1423

MARCOS POVENTUD

Index #: 07 CV 3998 (LYNCH)

Plaintiff(s)

- against -

Date Filed:

CITY OF NEW YORK, ETAL

**AFFIDAVIT OF SERVICE**

Defendant(s)

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

WILLIAM MORRISON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 28, 2007 at 02:38 PM at

C/O BRONX HOMICIDE TASK FORCE
1046 SIMPSON STREET
BRONX, NY 10459

deponent served the within true copy/copies of the SUMMONS & COMPLAINT AND CIVIL COVER SHEET on KENNETH UMLAUFT, the defendant/respondent therein named,

**SUITABLE AGE**  by delivering thereat a true copy/copies of each to P.O. LENIHAN a person of suitable age and discretion. Said premises is the defendant's/respondent's actual place of business within the state. He identified himself as the CO-WORKER of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 36 | 5'5 | 140 |

**MAILING**  Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's actual place of business at

C/O BRONX HOMICIDE TASK FORCE
1046 SIMPSON STREET
BRONX, NY 10459

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on May 29, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**  Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: May 29, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**WILLIAM MORRISON**
License #: 870436
Docket #: 481326