<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK,
COUNTY OF NEW YORK ss.:

  RAMON GALANG, being duly sworn, deposes and says:

  That deponent is not a party to this action, is over the age of 18 years and resides in New York County in the State of New York.

  That on May 24, 2007 deponent served the within SUMMONS AND COMPLAINT upon:

> Robert T. Johnson
> Bronx District Attorney's Office
> 198 East 161st Street
> Bronx, NY 10451

by personally serving a true copy of the same at the service receiving window of the Bronx District Attorney's Office on the 4th Floor of the Bronx Criminal Courthouse, 215 East 161st Street, Bronx, NY 10451, the address within the State designated by them for that purpose upon the preceding papers in this action or the place where they kept an office.

_____
RAMON GALANG

Sworn to before me on
May 24, 2007

_____
Notary Public

ANTHONY CECUTTI
Notary Public, State of New York
No. 02CE6144895
Qualified in New York County
Commission Expires May 1, 2010