UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: ROMANO & KUAN PLLC - 1423

MARCOS POVENTUD

Plaintiff(s)

Index #: 07 CV 3998 (LYNCH)

- against -

Date Filed:

CITY OF NEW YORK ET AL

Defendant(s)

**AFFIDAVIT OF DUE DILIGENCE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

SIEH CLARK BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

ROMANO & KUAN PLLC requested that I serve a copy of the SUMMONS & COMPLAINT in the above action for personal service upon CHRISTOPHER DOLAN at

1 POLICE PLAZA
NEW YORK, NY 10007

Your deponent made proper and diligent effort to serve said process on the above named person(s). I went to the aforementioned address on

December 13, 2007 at 11:41 AM and was unable to serve the defendant / respondent. The defendant Police Officer is retired. I was informed by MS. LISA MOORE, legal clerk here who told me that the defendant officer is not on their list of retired police officers they are authorized to accept service for and therefore would not accept service for the retired police officer defendant CHRISTOPHER DOLAN.

Your deponent verily believes that he will be unable to effect personal service upon the above named person(s) herein, although your deponent made due and diligent efforts to effect same.

Sworn to me on: December 13, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

SIEH CLARK
License #: 1187234
Docket #: 528512