UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

MARCOS POVENTUD,

                                 Plaintiffs,

-against-

CITY OF NEW YORK, ROBERT T. JOHNSON, AS
DISTRICT ATTORNEY, BRONX COUNTY; DANIEL
TOOHEY, "FRANKIE" ROSADO, CHRISTOPHER
DOLAN, KENNETH UMLAUFT, individually and as
members of THE NEW YORK CITY POLICE
DEPARTMENT,

                                 Defendants.

------------------------------------------------------------------ x

**NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANTS**

07 CV 3998 (GEL)

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Linda Donahue, appears as counsel on behalf of defendants City of New York, Robert T. Johnson, as District Attorney, Bronx County; Daniel Toohey, "Frankie" Rosado, Christopher Dolan, Kenneth Umlauft, individually and as members of the New York City Police Department, and requests to receive notice of all docket events via the Electronic Case Filing system.

Please take notice that defendants substitute as counsel and as attorney of record Rachel Seligman Weiss in the place and stead of John Graziadei. Please remove John Graziadei from all further Electronic Case Filing notifications in this matter. All papers and Electronic Case Filing notifications in this matter should henceforth be served on Rachel Seligman Weiss, at the address listed below.

I certify that I am admitted to practice before this Court.

Dated: New York, New York
       March 11, 2008

                                    MICHAEL A. CARDOZO
                                    Corporation Counsel of
                                    the City of New York
                                    Attorney for Defendants
                                    100 Church St., Room 3-226
                                    New York, New York  10007
                                    Tel: (212) 788-0784
                                    Fax: (212) 788-9776
                                    rseligma@law.nyc.gov

                        By: _____
                                    Rachel Seligman Weiss
                                    Assistant Corporation Counsel
                                    Special Federal Litigation Division

07 Civ. 3998 (GEL)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

MARCOS POVENTUD,

                                            Plaintiff,

-against-

CITY OF NEW YORK, ROBERT T. JOHNSON, AS DISTRICT ATTORNEY, BRONX COUNTY; DANIEL TOOHEY, "FRANKIE" ROSADO, CHRISTOPHER DOLAN, KENNETH UMLAUFT, individually and as members of THE NEW YORK CITY POLICE DEPARTMENT,

                                            Defendants.

-----------------------------------------------------------------x

**NOTICE OF APPEARANCE**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
Attorney for Defendants
100 Church Street, Room 3-226
New York, N.Y. 10007

*Of Counsel:* Rachel Seligman Weiss

*Due and timely service is hereby admitted.*

*New York, N.Y.* ........................................., *200*......

.................................................... *Esq.*

*Attorney for*..............................................