UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                        :

MARCOS POVENTUD,                     :

                Plaintiff,       :

                                :         07 Civ. 3998 (GEL)

     -v-                        :

                                :         **ORDER**

CITY OF NEW YORK, et al.,        :

                                :

              Defendants.     :

------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

       Defendants' motion for reconsideration of this Court's June 19, 2008, Order is hereby
DENIED, except that the Order is clarified to reflect that the production of computerized NYPD
Arrest Reports is sufficient compliance with respect to the arrest records of non-parties Naftali,
Pagan, and Martinez, for all arrests except for their arrest on March 23, 1997. With respect to
records pertaining to their arrest on March 23, 1997, defendants are ordered to produce all
documents relevant to plaintiff's claims, as well as documents reasonably calculated to lead to
the discovery of admissible evidence.

SO ORDERED.

Dated: New York, New York
      June 26, 2008

                                 GERARD E. LYNCH
                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/26/08